| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) TEILBORG, JAMES A. | 2. Court or Organization U. S. DISTRICT COURT | 3. Date of Report 04/30/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2019 to 12/31/2019 |

**7. Chambers or Office Address**

401 WEST WASHINGTON STREET
SUITE 523-SPC 51
PHOENIX, AZ 85003-2154

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR AND VICE PRESIDENT | CLAREMONT HOMEOWNERS ASSOCIATION |
| 2. | DIRECTOR | ▮▮▮▮▮▮▮▮▮▮▮ |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TEILBORG, JAMES A.** | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $13,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. ++++ ▓▓▓▓▓▓▓▓ (2000, $79,000.) | | None | L | R | | | | | |
| 2. (H) PACIFIC LIFE VARIABLE UNIVERSAL LIFE | | | | | | | | | |
| 3. ---FIXED ACCOUNT-PACIFIC LIFE | | None | M | T | | | | | |
| 4. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 5. (H) NATIONWIDE FLEXIBLE VARIABLE UNIVERSAL LIFE POLICY | | | | | | | | | |
| 6. --- NW NVIT MD CAP INDEX 1 (FORMERLY NVIT MID CAP INDEX 1) | | None | K | T | | | | | |
| 7. --- BNY MEL VIF APP (NAME CHANGE FROM DREY VIF APPRECIATION PT ) | | None | K | T | | | | | |
| 8. --- INVESCO OPP VI DISC MDCP (FORMERLY OPP MIDCAP/VA NSS) | | None | J | T | | | | | |
| 9. ---INVESCO OPP VI DISC MD CP (FORMERLY OPP MS ST/VA NSS) | | None | K | T | | | | | |
| 10. --- JnsHndrsn VIT OVRSEAS SVC (FORMERY JNS ASP OVERSEAS SERVICE | | None | J | T | | | | | |
| 11. --- NW NVIT WF DISC1 (FORMERLY NVIT MULT-MGR MID CAP GROWTH) | | None | J | T | | | | | |
| 12. (H) EQUITABLE LIFE POLICY | | | | | | | | | |
| 13. --- EQ/ INTERMEDIATE GOVERNMENT BOND | | None | J | T | | | | | |
| 14. --- EQ/ BLACK ROCK BASIC VALUE EQUITY | | None | K | T | | | | | |
| 15. --- EQ/ MID CAP INDEX | | None | K | T | | | | | |
| 16. --- EQ/LARGE CAP CORE ,MGD VOL (FORMERLY EQ/LARGE CAP CORE PLUS) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. --EQ/LARGE CAP GROWTH MGD VOL (-FORMERLY AXA LARGE CAP GROWTH) | | None | K | T | | | | | |
| 18. ---EQ/INTL CORE MNGD VOLAT (FORMERLY AXA INTL INTERNATIONAL CORE PLUS | | None | J | T | | | | | |
| 19. ---CHARTER SMALL CAP VALUE | | None | J | T | | | | | |
| 20. ▓▓▓▓▓▓▓▓ | | None | L | U | | | | | |
| 21. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | K | T | | | | | |
| 22. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | J | T | Redeemed (part) | 06/25/19 | J | B | |
| 23. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2021-20524A (NO CONTROL) | A | Int./Div. | K | T | | | | | |
| 24. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 25. (H) LINCOLN NATIONAL AMERICAN LEGACY III VIEW 14L | | | | | | | | | |
| 26. ---AF BL CHP INCOME & GROWTH | | None | L | T | | | | | |
| 27. ---AF GROWTH | | None | M | T | | | | | |
| 28. ---AF GRWTH-INC | | None | L | T | | | | | |
| 29. ---AF GLBL SM CAP | | None | K | T | | | | | |
| 30. ---AF INT'L | | None | L | T | | | | | |
| 31. --- AF NEW WORLD | | None | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 32.  --- GLOBAL GROWTH-INCOME | | None | K | T | | | | | |
| 33.  ---AF GLOBAL GROWTH | | None | L | T | | | | | |
| 34.  ---AF BOND | | None | K | T | | | | | |
| 35.  --- GLOBAL BOND | | None | K | T | | | | | |
| 36.  --- GOV'T/AAA SECURITIES | | None | K | T | | | | | |
| 37.  --- HIGH INCOME BOND | | None | J | T | | | | | |
| 38.  AXA EQUITABLE WHOLE LIFE INSURANCE | A | Int./Div. | J | T | | | | | |
| 39.  MET. TOWER LIFE ACQ. GENERAL AMER. LIFE 04/30 /18 | A | Int./Div. | J | T | | | | | |
| 40.  BANK OF AMERICA NA, RASP | A | Int./Div. | K | T | | | | | |
| 41.  ISHARES MBS ETF | B | Int./Div. | L | T | Sold (part) | 01/18/19 | J | | |
| 42. | | | | | Sold (part) | 06/17/19 | J | | |
| 43.  (H) PRUDENTIAL RETIREMENT B SERIES ANNUITY | | | | | | | | | |
| 44.  ---AST ACADEMIC STRATEGIES ASSET ALLOCATION | | None | L | T | | | | | |
| 45.  ---AST GOLDMAN SACHS MULTI-ASSET | | None | L | T | | | | | |
| 46.  ---AST BLACKROCK GLOBAL STRATEGIES PORT. | | None | L | T | | | | | |
| 47.  ---AST PRUDENTIAL GROWTH ALLOCATION | | None | L | T | | | | | |
| 48.  ISHARES IBOXX $ INV GRADE CORP BD FD | B | Dividend | K | T | Sold (part) | 01/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 49. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 50. | | | | | Sold<br>(part) | 04/05/19 | J | A | |
| 51. | | | | | Sold<br>(part) | 06/17/19 | J | A | |
| 52. VANGUARD INTERMEDIATE TERM BOND ETF | B | Dividend | L | T | Sold<br>(part) | 01/18/19 | J | | |
| 53. | | | | | Sold<br>(part) | 04/05/19 | J | | |
| 54. | | | | | Sold<br>(part) | 06/17/19 | L | | |
| 55. VANGUARD SHORT TERM BOND | | None | | | Sold | 01/18/19 | J | | |
| 56. INVESCO EMERGING MARKET SOVEREIGN | A | Dividend | J | T | Sold<br>(part) | 01/18/19 | J | | |
| 57. | | | | | Sold<br>(part) | 03/22/19 | J | | |
| 58. ISHARES 3-7 YEAR TREASURY BOND ETF | A | Dividend | K | T | Sold<br>(part) | 01/18/19 | J | | |
| 59. | | | | | Sold<br>(part) | 06/17/19 | J | A | |
| 60. ++++▒▒▒▒▒▒<br>▒▒▒▒▒▒<br>(2015, $55,000.) | | None | L | R | | | | | |
| 61. VANGUARD GROWTH ETF | B | Dividend | M | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 62. | | | | | Sold<br>(part) | 04/05/19 | K | C | |
| 63. | | | | | Buy<br>(add'l) | 06/17/19 | K | | |
| 64. ISHARES INC CORE MSCI EMERG MKTS ETF | B | Dividend | K | T | Buy<br>(add'l) | 01/18/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. | | | | | Sold (part) | 04/03/19 | J | B | |
| 66. | | | | | Sold (part) | 06/17/19 | J | C | |
| 67. VANGUARD VALUE ETF | D | Dividend | M | T | Buy (add'l) | 01/18/19 | K | | |
| 68. | | | | | Sold (part) | 04/05/19 | J | C | |
| 69. INVESCO PREFERRED ETF | A | Dividend | J | T | Sold (part) | 04/05/19 | J | | |
| 70. ISHARES TIPS BOND ETF | A | Dividend | K | T | Sold (part) | 01/18/19 | J | | |
| 71. | | | | | Sold (part) | 06/17/19 | J | A | |
| 72. VANGUARD SMALL CAP VALUE ETF | A | Dividend | K | T | Buy (add'l) | 01/18/19 | J | | |
| 73. | | | | | Sold (part) | 04/05/19 | J | A | |
| 74. | | | | | Buy (add'l) | 06/14/19 | J | | |
| 75. VANGUARD SMALL CAP GROWTH ETF | A | Dividend | K | T | Buy (add'l) | 01/18/19 | J | | |
| 76. | | | | | Sold (part) | 04/05/19 | J | A | |
| 77. VANECK VECTORS. JPMORGAN EM LOCAL CURR CCY | A | Dividend | J | T | | | | | |
| 78. ISHARES IBOXX HIGH YIELD CORP BD | A | Dividend | J | T | Sold (part) | 01/18/19 | K | | |
| 79. ISHARES TR CORE MSCI EAF | A | Dividend | L | T | Sold (part) | 01/18/19 | K | | |
| 80. | | | | | Sold (part) | 04/03/19 | J | | |
| 81. | | | | | Sold (part) | 06/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 82. MERRILL LYNCH CASH ACCOUNT | | None | J | T | | | | | |
| 83. VANGUARD SHORT-TERM CORP BOND | B | Dividend | L | T | Buy | 01/18/19 | L | | |
| 84. | | | | | Sold (part) | 04/05/19 | J | A | |
| 85. VANGUARD INTERMEDIATE-TERM CORPORATE BOND FD | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 86. | | | | | Sold (part) | 06/17/19 | J | A | |
| 87. XTRACKERS USE HIGH YIELD CORP BOND ETF | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 88. BLACKROCK LIQUIDITY FUND T FD | A | Dividend | K | T | Buy | 08/15/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TEILBORG, JAMES A.** | 04/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES A. TEILBORG**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544